UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
Civil Action No. 3:20-cv-00809-GNS
*Electronically Filed*

ROY STUCKER and COURTNEY BROWN-PORTER,　　　　　　　　　　　　PLAINTIFFS
on behalf of herself and as guardian and next friend of
her minor child, S.W.

v.　　　　　　　　　　　　　　　**NOTICE OF SERVICE**

LOUISVILLE METRO GOVERNMENT　　　　　　　　　　　　　　　　　　DEFENDANT

*** *** ***

The Defendant, Louisville/Jefferson County Metro Government ("Metro Government"), by counsel, hereby gives notice of filing of Metro Government's Second Set of Interrogatories and Requests for Production of Documents Propounded to Plaintiffs upon the parties listed on the certificate on the 16th day of November, 2021.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　MIKE O'CONNELL
　　　　　　　　　　　　　　　　　　JEFFERSON COUNTY ATTORNEY

　　　　　　　　　　　　　　　　　　/s/ John F. Carroll
　　　　　　　　　　　　　　　　　　John F. Carroll
　　　　　　　　　　　　　　　　　　Nicole Miller
　　　　　　　　　　　　　　　　　　Assistant Jefferson County Attorneys
　　　　　　　　　　　　　　　　　　200 S. Fifth Street, Suite 300N
　　　　　　　　　　　　　　　　　　Louisville, Kentucky 40202
　　　　　　　　　　　　　　　　　　(502) 574-6321
　　　　　　　　　　　　　　　　　　john.carroll2@louisvilleky.gov
　　　　　　　　　　　　　　　　　　Nicole.miller@louisvilleky.gov
　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　*Louisville/Jefferson County Metro Government*

## CERTIFICATE OF SERVICE

This is to certify that on November 16, 2021, I electronically filed the foregoing Notice of Service with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Joshua T. Rose
Abell Rose LLC
108 S. Madison Avenue
Louisville, KY 40243
jrose@abellroselaw.com
*Counsel for Plaintiffs*

                                                  /s/ John F. Carroll
                                                  *Counsel for Defendant*
                                                  *Louisville/Jefferson County Metro Government*