# Receipt of Non-Electronic Document

**Case #:** 3:20-cv-00809-GNS-CHL

**Date Filed:** April 28, 2022

**Filer & Counsel:** Louisville Metro Government/John F. Carroll

**Received by:** Kim Ferguson

## Re: Document No., if applicable:

DN 29

## Detailed Description of Document(s) filed, but NOT SCANNED:

USB containing exhibits 5, 6 and 7